# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**BRIAN M. STARR**                                                                                   **PETITIONER**
Reg # 98394-079

**VS.**                      **CASE NO. 2:09CV00062 JMM/BD**

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                                **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Brian M. Starr's petition for writ of habeas corpus (#2) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 31 day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE