# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**BRIAN M. STARR**                                                                                      **PETITIONER**
**Reg # 98394-079**

**VS.**                          **CASE NO. 2:09CV00062 JMM/BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                                      **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED, this   31   day of   March , 2011.


_____
UNITED STATES DISTRICT JUDGE