**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**BRIAN M. STARR**                                                                                           **PETITIONER**
Reg # 98394-079

**VS.**                              **CASE NO. 2:09CV00062 JMM/BD**

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                                       **RESPONDENT**

<u>**ORDER**</u>

The Court has now received Petitioner's objections to the Recommended Disposition from Magistrate Judge Beth Deere.[1]  After careful review of the Recommended Disposition, the timely objections received, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Brian M. Starr's petition for writ of habeas corpus (#2) is DISMISSED WITH PREJUDICE.

---

[1] Petitioner's motions for extensions of time were granted and he was given up to, and including March 28, 2011, to file his objections to the December 13, 2010 Recommended Disposition.  On March 31, 2011, the Court entered an Order adopting the Magistrate Judge's Recommended Disposition as its own and a Judgment which dismissed the petition.  Subsequent to the entry of the Order and Judgment, but on the same day, Petitioner's objections were received and filed by the Clerk.  Based upon the March 25, 2011 mailing date, the Court will consider the objections timely filed.  The Court's March 31, 2011 Order and Judgment are withdrawn.  Any appeal of this Court's decision shall run from the Court's Order and Judgment of April 1, 2011.

IT IS SO ORDERED, this __1__ day of __April__, 2010.

                                          _____
                                          UNITED STATES DISTRICT JUDGE